# UNITED STATES BANKRUPTCY COURT

## District of Arizona, Phoenix Division

In Re:        Joseph G & Tamera J MAX                    Case No.        2:09-bk-23427
　　　　　　　　　　　**Debtor**                                              (if known)

　　　　　　　　　　　　　　　　　　　　　　Chapter                          11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $889,100.00 | | |
| B - Personal Property | Yes | 5 | $88,066.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $1,641,341.14 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $3,235.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $294,082.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $5,869.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $10,521.00 |
| TOTAL | | 24 | $977,166.00 | $1,938,659.11 | |

# UNITED STATES BANKRUPTCY COURT

## District of Arizona, Phoenix Division

In Re: _____ Joseph G & Tamera J MAX _____     Case No. _____ 2:09-bk-23427 _____

**Debtor**                                          (if known)

Chapter _____ 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,869.00 |
| Average Expenses (from Schedule J, Line 18) | 10,521.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" COLUMN | | $786,441.14 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $3,235.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | | |
| 4. Total from Schedule F | | $294,082.97 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $1,080,524.11 |

In Re: _____Joseph G & Tamera J MAX_____     Case No. _____2:09-bk-23427_____
                        **Debtor**                                        (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence<br>3457 E. Ellis Street<br>Mesa, AZ  85213 | Equitable interest | | 280,000.00 | 341,280.74 |
| Rental<br>22733 Eagle Mine Rd.<br>Crown King, AZ  86343 | Equitable interest | | 150,000.00 | 227,600.00 |
| Rental<br>2626 N. Dayton Street<br>Phoenix, AZ  85006 | Equitable interest | | 124,600.00 | 244,000.00 |
| Rental<br>14969 W. Bottle Tree Ave.<br>Surprise, AZ  85374 | Equitable interest | | 93,500.00 | 93,041.00 |

In Re: _____Joseph G & Tamera J MAX_____     Case No. _____2:09-bk-23427_____

**Debtor**                                                    (if known)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental<br>4236 N 67th Lane<br>Phoenix, AZ  85033 | Equitable interest | | 16,000.00 | 81,303.00 |
| Rental<br>3449 N 72nd Drive<br>Phoenix,  AZ  85033 | Equitable interest | | 40,000.00 | 84,500.00 |
| Rental<br>939 Verde Trails Drive<br>Houston, TX  77073 | Equitable interest | | 60,000.00 | 86,700.00 |
| Rental<br>22814 Sugar Bear Dr.<br>Spring, TX  77389 | Equitable interest | | 80,000.00 | 94,000.00 |
| Rental<br>17422 N. Crested Butte Road<br>Maricopa, AZ | Equitable interest | | 45,000.00 | None |
| | | Total | $889,100.00 | |

In Re: _____Joseph G & Tamera J MAX_____  Case No. _____2:09-bk-23427_____
                        **Debtor**                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | In Wallet | | 50.00 |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Savings<br>Desert Schools Federal Credit Union | | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | City of Mesa<br>Water deposit  June 15, 2009 | | 170.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furnishings, TV and household goods | | 7,849.00 |

In Re:          Joseph G & Tamera J MAX                                    Case No.                    2:09-bk-23427

**Debtor**                                                                                                                         (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Records, CD, DVD, collectibles | | 472.00 |
| 6.  Wearing apparel. | | Clothes | | 914.00 |
| 7.  Furs and jewelry. | | Wedding Rings | | 2,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Camera, handgun | | 950.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401 K Fidelity  $22,000.00<br>Roth IRA       $22,000.00 | | 44,000.00 |

In Re: _____Joseph G & Tamera J MAX_____      Case No. _____2:09-bk-23427_____

**Debtor**                                            (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Intel Stock | | 3,100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decendent, death benefit plan, life insurance policy, or trust. | X | | | |

In Re: _____Joseph G & Tamera J MAX_____     Case No. _____2:09-bk-23427_____

    **Debtor**                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations contain-ing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor pri-marily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 GMC Jimmy     2005 Mitsubishi $15,900<br>1967 Plymouth Fury   $300<br>2002 Harley Davidson  $2,000<br>2002 Polaris   $476<br>1992 Ford F150 truck   $!,500 | | 22,476.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories - continued. | | 2004 Polaris Scrambler  None<br>2006 Honda   $500<br>2007 Honda    $1,000<br>2002 Yamaha  $800<br>Homebuilt FB Trailer  No value | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Fax, computer, printer, network, desks, chairs, file cabinets, office supplies | | 500.00 |

In Re: _____Joseph G & Tamera J MAX_____    Case No. _____2:09-bk-23427_____

**Debtor**                                             (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Items not listed | | 5,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Music Instruments | | 485.00 |
| | | Total | | $88,066.00 |

In Re: _____ Joseph G & Tamera J MAX _____     Case No. _____ 2:09-bk-23427 _____

**Debtor**                                          (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☒ Check if debtor claims a homestead exemption that exceeds
$136,875.

☐  11 U.S.C. § 522(b)(2)

☒  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Residence<br>3457 E. Ellis Street<br>Mesa, AZ  85213 | 33-1101(A) | 150,000.00 | 280,000.00 |
| Savings<br>Desert Schools Federal Credit Union | 33-1126(A)(8) | 100.00 | 100.00 |
| Furnishings, TV and household goods | 33-1123 | 4,000.00 | 7,849.00 |
| Books, Records, CD, DVD, collectibles | 33-1125 | 250.00 | 472.00 |
| Clothes | 33-1125 | 500.00 | 914.00 |

In Re: _____ Joseph G & Tamera J MAX _____     Case No. _____ 2:09-bk-23427 _____

**Debtor**                                                                      (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Wedding Rings | 33-1125 | 1,000.00 | 2,000.00 |
| Camera, handgun | 33-1125 | 500.00 | 950.00 |
| 401 K Fidelity  $22,000.00<br>Roth IRA        $22,000.00 | In re Herrscher, 121 B.R.29 (D. Ariz. 1990) | | 44,000.00 |
| 1988 GMC Jimmy     2005 Mitsubishi $15,900<br>1967 Plymouth Fury   $300<br>2002 Harley Davidson   $2,000<br>2002 Polaris   $476<br>1992 Ford F150 truck   $!,500 | 33-1125(8) | 5,000.00 | 22,476.00 |
| Fax, computer, printer, network, desks, chairs, file cabinets, office supplies | 33-1130(1) | 500.00 | 500.00 |
| Items not listed | 33-1130(1) | 2,000.00 | 5,000.00 |
| Music Instruments | 33-1125 | 250.00 | 485.00 |

In Re:       Joseph G & Tamera J MAX       Case No.       2:09-bk-23427

**Debtor**       (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 20811410-71 <br><br> Desert Schools Credit Union <br> P. O. Box 2942 <br> Phoenix, AZ  85062-2945 | | | March 15, 2008 <br> Auto Loan <br><br><br> VALUE $      10,800.00 | | | X | 15,098.40 | 4,298.40 |
| Account Number: 105971927 <br><br> Countrywide <br> 400 Countrywide Way SV-35 <br> Simi Valley, CA  93065 | | | September 22, 2005 <br> 1st mortgage on residence <br> 3457 E. Ellis Street <br> Mesa, AZ  85213 <br> VALUE $      280,000.00 | | | X | 341,280.74 | 61,280.74 |
| Account Number: 0019043694 <br><br> Bank of America <br> P. O. Box 60456 <br> Los Angeles, CA  90060-0456 | | | June 14, 2006 <br> 2nd mortgage - 15 year fixed balloon on residence <br> 3457 E. Ellis Street <br> Mesa, AZ  85213 <br> VALUE $      0 | | | X | 199,000.00 | 199,000.00 |
| | | | Subtotal <br> (Total of this page) | | | | $555,379.14 | $264,579.14 |
| | | | Total <br> (Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_2_   continuation sheets attached

In Re: Joseph G & Tamera J MAX   Case No.   2:09-bk-23427

**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 0417020125 Provident Funding Associates P. O. Box 5914 Santa Rosa, CA 95402 | | | March 16, 2007 1st mortgage on 22733 Eagle Mine Rd. Crown King, AZ 86343 VALUE $ 150,000.00 | | | X | 227,600.00 | 77,600.00 |
| Account Number: 1158038939 America's Servicing Company P. O. Box 60768 Los Angeles, CA 90060-0768 | | | September 12, 2005 1st mortgage on 2626 N. Dayton Street Phoenix, AZ 85006 VALUE $ 124,600.00 | | | X | 244,000.00 | 119,400.00 |
| Account Number: 0770645981 CitiMortgage P. O. Box 689196 Des Moines, IA 50368-9196 | | | September 12, 2005 2nd mortgage on 2626 N. Dayton Street Phoenix, AZ 85006 VALUE $ 0 | | | X | 29,818.00 | 29,818.00 |
| Account Number: 1925411332 Chase Home Finance P. O. Box 78420 Phoenix, AZ 85062-8420 | | | February 11, 2004 1st mortgage on 14969 W. Bottle Tree Ave. Surprise, AZ 85374 VALUE $ 93,500.00 | | | X | 93,041.00 | None |
| Account Number: 650-04899631998 Wells Fargo P. O. Box 54780 Los Angeles, CA 90054-0780 | | | January 27, 2006 Home Equity loan on 14969 W. Bottle Tree Ave. Surprise, AZ 85374 VALUE $ 459.00 | | | X | 99,000.00 | 98,541.00 |
| Account Number: 0061224374 First Horizon P. O. Box 809 Memphis, TN 38101-0809 | | | June 21, 2007 1st mortgage on 4236 N. 67 th Lane Phoenix, AZ 85033 VALUE $ 16,000.00 | | | X | 81,303.00 | 65,303.00 |
| Account Number: 0196-196125 Wells Fargo Home Mortgage P. O. Box 30427 Los Angeles CA 90030-0427 | | | October 19, 2004 1st mortgage on 3449 N. 72 nd Dr. Phoenix, AZ 85033 VALUE $ 40,000.00 | | | X | 84,500.00 | 44,500.00 |

Subtotal (Total of this page) $859,262.00  $435,162.00

Total (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

In Re: _____ Joseph G & Tamera J MAX _____  Case No. _____ 2:09-bk-23427 _____

**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 654-23482901998<br><br>Wells Fargo<br>P. O. Box 54780<br>Los Angeles, CA  90054-0780 | | | March 7, 2006<br>Home Equity account on<br>3449 N. 72 nd Dr.<br>Phoenix, AZ  85033<br><br>VALUE $               0 | | | X | 46,000.00 | 46,000.00 |
| Account Number: 0038344164<br><br>Aurora Loan Services<br>10350 Park Meadows Dr.<br>Littleton, CO  80124 | | | June 16, 2006<br>1st mortgage on<br>939 Verde Trails Dr.<br>Houston, TX  77073<br><br>VALUE $         60,000.00 | | | X | 86,700.00 | 26,700.00 |
| Account Number: 0038343976<br><br>Aurora Loan Services<br>10350 Park Meadows Dr.<br>Littleton, CO  80124 | | | June 15, 2006<br>1st mortgage on<br>22814 Sugar Bear Dr.<br>Spring, TX  77389<br><br>VALUE $         80,000.00 | | | X | 94,000.00 | 14,000.00 |
| Account Number:<br><br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br><br>VALUE $ | | | | | | | | |

<table>
<tr><td>Subtotal<br>(Total of this page)</td><td>$226,700.00</td><td>$86,700.00</td></tr>
<tr><td>Total<br>(Use only on last page)</td><td>$1,641,341.14</td><td>$786,441.14</td></tr>
<tr><td></td><td>(Report also on Summary of Schedules.)</td><td>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)</td></tr>
</table>

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

In Re:  _____Joseph G & Tamera J MAX_____    Case No. _____2:09-bk-23427_____

**Debtor**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entitires holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily conusmer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In Re:        Joseph G & Tamera J MAX        Case No.        2:09-bk-23427

                        **Debtor**                                                 (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**

Claims of individuals up to $2,425* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u> 0 </u>   continuation sheets attached

In Re: _____Joseph G & Tamera J MAX_____     Case No. _____2:09-bk-23427_____

**Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 4888-9303-4807-8491<br>Bank of America<br>P. O. Box 851001<br>Dallas, TX  75285-1001 | | | Credit Cards | | | X | 23,104.53 |
| Account Number: 5329-0681-1628-5271<br>Bank of America World Points<br>P. O> Box 851001<br>Dallas, TX  75285-1001 | | | Credit Cards | | | X | 5,929.02 |
| Account Number: 5466-3073-6810-5172<br>Capital One<br>P. O. Box 60599<br>City of Industry, CA  91716-0599 | | | Credit Cards | | | X | 10,886.22 |
| Account Number: 4266-8411-6950-2588<br>Chase Cardmember Services<br>P. O. Box 94014<br>Palatine, IL  60094-4014 | | | Credit Cards | | | X | 21,612.25 |
| | | | | | | Subtotal | $61,532.02 |

_5_   continuation sheets attached

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In Re: _____Joseph G & Tamera J MAX_____          Case No. _____2:09-bk-23427_____

**Debtor**                                                (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5183-3732-5000-5344 <br><br> Chase Cardmember Services <br> P. O. Box 94014 <br> Palatine, IL 60094-4014 | | | Credit Cards | | | | 17,043.72 |
| Account Number: 4357-8711-8000-8471 <br><br> Chase Cardmember Services <br> P. O. Box 94014 <br> Palatine, IL 60094-4014 | | | Credit Cards | | | | 13,875.96 |
| Account Number: 4037-6600-0764-1228 <br><br> Desert Schools Federal Credit Union <br> P. O. Box 790408 <br> St. Louis, MO 63179-0408 | | | Credit Cards | | | | 2,934.86 |
| Account Number: 4037-6600-0757-8495 <br><br> Desert Schools Federal Credit Union <br> P. O. Box 790408 <br> St. Louis, MO 63179-0408 | | | Credit Cards | | | | 2,775.00 |
| Account Number: 4264-2986-1217-2844 <br><br> FIA Card Services <br> P. O. Box 851001 <br> Dallas, TX 75285-1001 | | | Credit Cards | | | | 14,816.73 |
| Account Number: 6035-3200-5472-4784 <br><br> Home Depot Credit Services <br> P. O. Box 6028 <br> The Lakes, NV 88901-6028 | | | Credit Cards | | | | 3,300.00 |
| Account Number: 633-644-099-21 <br><br> JC Penney <br> P. O. Box 960090 <br> Orlando, FL 32896-0090 | | | Credit Cards | | | | 696.82 |

|  | Subtotal | $55,443.09 |
|---|---|---|
|  | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Joseph G & Tamera J MAX_____    Case No. _____2:09-bk-23427_____

**Debtor**                                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5121-0796-2603-5411<br><br>Sears Credit Cards<br>P. O. Box 688957<br>Des Moines, IA  50368-8957 | | | Credit Cards | | | | 7,198.61 |
| Account Number: 5121-0718-5820-8287<br><br>Sears Credit Cards<br>P. O. Box 688957<br>Des Moines, IA  50368-8957 | | | Credit Cards | | | | 8,740.66 |
| Account Number: 4352-3700-0021-8027<br><br>Target National Bank<br>P. O. Box 59317<br>Minneapolis, MN  55459-0317 | | | Credit Cards | | | | 600.00 |
| Account Number: 4037-8400-1675-9217<br><br>US Bank<br>P. O. Box 790408<br>St. Louis, MO  63179-0408 | | | Credit Cards | | | | 8,231.75 |
| Account Number: 4465-4201-9852-7426<br><br>Wells Fargo Card Services<br>P. O. Box 30086<br>Los Angeles, CA  90030-0086 | | | Credit Cards | | | | 12,831.12 |
| Account Number: 4147-1803-0032-4957<br><br>Wells Fargo Card Services<br>P. O. Box 30086<br>Los Angeles, CA  90030-0086 | | | Credit Cards | | | | 17,555.51 |
| Account Number: 6048-7000-0258-8701<br><br>Wells Fargo Financial Cards<br>P. O. Box 98791<br>Las Vegas, NV  89193-8791 | | | Justin Dolan - I am cosigner on card | | | | 267.47 |

Subtotal          $55,425.12

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ Joseph G & Tamera J MAX _____  Case No. _____ 2:09-bk-23427 _____

**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 1335984<br><br>Insight Health Corp<br>FILE 57174<br>Los Angeles, CA 90074-0001 | | | October 28, 2008<br><br>Medical Expense | | | | 185.36 |
| Account Number: 0005783817<br><br>Premier EM Medical<br>P. O. Box 9328<br>Oklahoma City OK 73143-6328 | | | October 9, 2008<br><br>Medical Expense | | | | 584.00 |
| Account Number: 02470711<br><br>Chandler Radiology Associates<br>P. O.Box 15638<br>Scottsdale, AZ 85267-5638 | | | October 9, 2008<br><br>Medical Expense | | | X | 32.24 |
| Account Number: K18264727<br><br>Chandler Regional Medical Center<br>FILE 56233<br>Los Angeles, CA 90074-56233 | | | October 9, 2008<br><br>Medical Expense | | | | 295.78 |
| Account Number: None<br><br>David Bonfiglio<br>4422 N. Civic Center Plaza Suite 101<br>Scottsdale, AZ 85251 | | | June 2008 to September 2008<br>Personal Promissary Note: Jomax Land | | | | 50,123.88 |
| Account Number: None<br><br>Darren and Candace Gaines<br>3238 W. Adobe Dam Rd.<br>Phoenix, AZ 85027-1045 | | | August 2008 to current<br><br>Personal Loan/ Debt: Jomax Land | | | | 10,296.67 |
| Account Number: 16121<br><br>Kingswood Parke Community Association<br>(LoneStar Prop Management)<br>P. O> Box 9151<br>Surprise, AZ 85374 | | | January 1, 2008 to Present<br><br>HOA Dues for rental at<br>14969 W. Bottle Tree Ave.<br>Surprise, AZ 85374 | | | | 916.00 |

|  | Subtotal | $62,433.93 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) | |

Sheet no. __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: <u>Joseph G & Tamera J MAX</u>    Case No. <u>2:09-bk-23427</u>

**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: HVW-4 423 | | | July 1, 2008 to present | | | | 2,184.00 |
| AS&A Property Managemen Hallcraft Villa West 4 3208 N. 53rd Ave. Suite 140 Phoenix, AZ 85031 | | | HOA Dues for rental at 4236 N. 67th Lane Phoenix, AZ 85033 | | | | |
| Account Number: F0103004 | | | June 2006 | | | | 898.77 |
| Fox Hollow South Homeowners Assoc. Community Asset Management 9802 FM 1960 Bypass W. Suite 210 Humble, TX 77338 | | | HOA Dues for rental at 22814 Sugar Bear Dr. Spring, TX 77389 | | | | |
| Account Number: 69-0804010 | | | 2008/2009 | | | | 880.96 |
| Van Mor Properties Remington Ranch CAI Buttler Hailey Atty P. O. Box 4905 Houston, TX 77210-4905 | | | HOA Dues for rental at 939 Verde Trails Dr. Houston, TX 77073 | | | | |
| Account Number: None | | | May 2009 | | | | 1,810.00 |
| David Bonfiglio 4422 N. Civic Center Plaza Suite 101 Scottsdale, AZ 85251 | | | Max Gaines Services for litigation (debt shared by all members) | | | | |
| Account Number: 0417020125 | | | 2008 and 2009 | | | | 1,240.62 |
| Provident Funding P. O. Box 5914 Santa Rosa, CA 95402 | | | Late Fees incurred for mortgage at 22733 Eagle Mine Rd. Crown King, AZ 86343 | | | | |
| Account Number: 5082-2900-5625-0027 | | | Various dates | | | | 8,218.62 |
| CitiBusiness Card P. O. Box 6401 The Lakes, NV 88901-6401 | | | Credit Cards for Twin Ventures | | | | |
| Account Number: 4791-2423-0355-1751 | | | Various dates | | | | 7,436.34 |
| Capital One Bank P. O. Box 60599 City of Industry, CA 91716-0599 | | | Credit Cards for Twin Ventures | | | | |

Subtotal $22,669.31

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. <u>4</u> of <u>5</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Joseph G & Tamera J MAX_____          Case No. _____2:09-bk-23427_____

**Debtor**                                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 6035-3221-3759-1024<br><br>Home Depot<br>P. O. Box 6029<br>The Lakes, NV  88901-6029 | | | Various Dates<br><br>Cutting Edge | | | | 5,787.06 |
| Account Number: 821-3103-900875-5<br><br>Lowe's<br>P. O. Box 530970<br>Atlanta, GA  30353-0970 | | | Various Dates<br><br>Cutting Edge | | | | 1,552.56 |
| Account Number: 4856-2002-2383-1457<br><br>Wells Fargo Business Card<br>P. O. Box 54349<br>Los Angeles,  CA  90054-0349 | | | Various Dates<br><br>Cutting Edge | | | | 3,599.27 |
| Account Number: 4082-1388-6063-9202<br><br>Capital One<br>P. O. Box 60599<br>City of Industry, CA  91716-0599 | | | Various Dates<br><br>Cutting Edge | | | | 3,132.82 |
| Account Number: Account Number: 968104<br><br>Sallie Mae - Student Loan<br>P. O. Box 9500<br>Wilkes Barre, PA  18773-9500 | | | May 9, 2003<br><br>Student Loan | | | | 22,507.79 |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |

|  | | |
|---|---|---|
| Subtotal | $36,579.50 |
| Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $294,082.97 |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Joseph G & Tamera J MAX_____   Case No. _____2:09-bk-23427_____
                          **Debtor**                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Valerie Terry<br>3449 N. 72nd Dr.<br>Phoenix, AZ  85033 | Residential Rental Property |
| Monica Mendez<br>2626 N. Dayton Street<br>Phoenix,  AZ  85006 | Residential Rental Property |
| Sharon Kinlaw<br>22814 Sugar Bear Dr.<br>Spring, TX  77389 | Residential Rental Property |

In Re: _____Joseph G & Tamera J MAX_____    Case No. _____2:09-bk-23427_____

**Debtor**                                                        (if known)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Lydia Bynum<br>939 Verde Trails Dr.<br>Houston, TX  77073 | Residential Rental Property |

In Re: _____Joseph G & Tamera J MAX_____     Case No. _____2:09-bk-23427_____
                                    **Debtor**                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth,or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| Justin Dolan | Wells Fargo Financial Cards<br>P O Box 98791<br>Las Vegas NV 89193-8791<br>A/C #6048700002588701 |
| Max-Gaines LLC     (all members of the LLC)<br>3238 Adobe Dam Road<br>Phoenix AZ  85027 | David Bonfiglio<br>4422 N Civic Center Plaza<br>Suite 101<br>Scottsdale AZ 85251 |

In Re: _____Joseph G & Tamera J MAX_____ Case No. _____2:09-bk-23427_____

**Debtor** (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| | RELATIONSHIP | Son<br>Daughter | AGE | 15 Years Old<br>9 Years Old |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | General Contractor | Applications Engineer |
| Name of Employer | Cutting Edge Remo and Constr | Avnet Inc. |
| How Long Employed | 1 Year | 11 months |
| Address of Employer | 3457 E. Ellis Street<br>Mesa, AZ 85213 | 2211 S 47th Street<br>Phoenix, AZ 85034 |

**Income:** (Estimate of average monthly income)

| | | | | |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0 | $ | 6250.00 |
| 2. Estimated monthly overtime | $ | | $ | |
| 3. SUBTOTAL | $ | 0.00 | $ | 6,250.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | | $ | 644.00 |
| b. Insurance | $ | | $ | 430.00 |
| c. Union dues | $ | | $ | |
| d. Other (Specify): Medical FSA Account | $ | | $ | 249.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 1,323.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 4,927.00 |
| 7. Regular income from operation of business or profession or firm (Attach detailed statement) | $ | 2300.00 | $ | |
| 8. Income from real property | $ | -1358.00 | $ | |
| 9. Interest and dividends | $ | | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| 11. Social security or other government assistance (Specify): | $ | | $ | |
| 12. Pension or retirement income | $ | | $ | |
| 13. Other monthly income Specify: | $ | | $ | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 942.00 | $ | 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 942.00 | $ | 4,927.00 |
| 16. TOTAL COMBINED MONTHLY INCOME | $ 5,869.00 | | | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   Proposed rental income to be positive with adjustments on loans. Current rents received is $5,914.00

In Re: _____Joseph G & Tamera J MAX_____     Case No. _____2:09-bk-23427_____

**Debtor**                                         (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,800.00 |
|     a. Are real estate taxes included?  ☒ Yes  ☐ No | | |
|     b. Is property insurance included?  ☒ Yes  ☐ No | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 350.00 |
|     b. Water and sewer | $ | 165.00 |
|     c. Telephone | $ | 385.00 |
|     d. Other  Economy Pest Control | $ | 33.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 390.00 |
| 4. Food | $ | 1,250.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 1,550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines | $ | 400.00 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renters | $ | 0 |
|     b. Life | $ | 366.00 |
|     c. Health | $ | 0 |
|     d. Auto | $ | 405.00 |
|     e. Other | $ | 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $ | 40.00 |
|     Specify: | | |
|     Maricopa Property Taxes | | |
| 13. Installment payments: (In chapter 11, 12 or 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 302.00 |
|     b. Other  Student Loan | $ | 205.00 |
|     c. Other | $ | 0 |
| 14. Alimony, maintenance, and support paid to others | $ | 0 |
| 15. Payments for support of additional dependents not living at your home | $ | 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0 |
| 17. Other  Children's Instructional Activities | $ | 350.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.) | $ | 10,521.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 5,869.00 |
| b. Average monthly expenses from Line 18 above | $ | 10,521.00 |
| c. Monthly net income (a. minus b.) | $ | -4,652.00 |

In Re: _____ Joseph G & Tamera J MAX _____ Case No. _____ 2:09-bk-23427 _____
            **Debtor**                                                             (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 26 sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| September 21, 2009 | **/s/ Joseph G Max** |
| Date | **Signature of Debtor** |
| September 21, 2009 | **/s/ Tamera J Max** |
| Date | **Signature of Joint Debtor** |

* * * * * *

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____
Address

X _____      _____
  Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156.

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of ____ sheets (total shown on summary page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

_____      _____
Date                                     **Signature of Authorized Individual**

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## District of Arizona, Phoenix Division

| In Re: | Joseph G & Tamera J MAX | Case No. | 2:09-bk-23427 |
|---|---|---|---|
| | **Debtor** | | (if known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfer and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None", mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

None ☐ **1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calender year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| $-43,901 | 2007 Debtor's business loss |
| $-98,853 | 2008 Debtor's business loss |
| $23,055 | 2007 Spouse's income |
| $16,000 | 2008 Spouse's income |
| $54,811 | 2009 year to date Spouse's income |

**2. Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|--------|--------|

**3. Payments to creditors**

None ☐   a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, [except for a debt on account of a domestic support obligation,] made within 90 days immediately preceding the commencement of this case. Indcate with an * any payments that were made to the creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Nane and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Bank of America  Box 15710 Wilmington, DE  19886-5710 Acct.# 4192-0000-0492-6853 | 06/09 and 05/09 | 3,200.00 | 0.00  Paid in full |
| Provident Funding | | 1,892.00 | |

None ☒   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counselig agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Creditor | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|

None ☒    c. All debtors: List all payment made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Max Gaines LLC vs. KCS Financial Inc. TBD | Complaint | Superior Court of Arizona | Attempting to serve |

None   ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None   ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
| --- | --- | --- |
| Active Finance Group LLC aka KMA and KMA II,  111 W Monroe Streeet. Ste 704 Phoenix AZ | 10/08 | Dateland  1/2 int $35,000 |
| Galiileo Capital Partners LLC & Galileo Capital Partners Ltd, 10751 N Frank Lloyd Wright Blvd, Ste 201 Scottsdle AZ 85259 | 1/30/09 | Grand Ave & Jomax - value  to be determined |

**6. Assignments and receiverships**

None ☒   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

None ☒   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|

### 7. Gifts

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| Mountain View Band | AZ  ECA Donation | | 400.00 per year |

### 8. Losses

None ☐    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, if Loss was Covered in Whole or in Part by Insurance, Give Particulars. | Date of Loss |
|---|---|---|
| 2003 Chevy Truck  $23,000.00 | Stolen  $20,000.00 | June 30, 2009 |
| Company Tool Equipment   $12,000.00 | Stolen  $ 7,000.00 | July 1, 2009 |
| Personal  $7,500.00 | Personal Pending | |
| Damage to Property $4,500.00 at 22814 Sugar Bear Dr. Spring, TX  77389 | Vandalism by tenant. Travelers Insurance did not pay | August 8, 2008 |

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| No BS Mortgage Solutions | August 16,2009 | $5,000.00 |

**10. Other transfers**

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferree, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

None ☐  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|
| Max Living Trust Agreement dated June 20, 2003 | January 9, 2007 | Ellis Residential Property |

**11. Closed financial accounts**

None ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

**12. Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
| --- | --- | --- | --- |

**13. Setoffs**

None ☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |
| Wells Fargo Bank | July 8, 2009 | 719.92 |
| Wells Fargo Bank | July 21, 2009 | 338.47 |
| Institution withdrew late 2nd mortgage payments from deposit account | | |

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |

**15. Prior address of debtor**

None  ☒    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises
              which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is
              filed, report also any separate address of either spouse.

Address                                    Name Used                                    Dates of Occupancy

**16. Spouses and former spouses**

None  ☐    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
              California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
              year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
              any former spouse who resides or resided with the debtor in the community property state.

Name

        Tamera Max - Spouse

## 17.  Environmental information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

**18. Nature, location and name of business**

None ☐     a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity either full- or part-time within the six-years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this csae.

| Name, Address, Last Four Digits of Soc. Sec. No. Complete EIN or Other Taxpayer I.D. No. | Nature of Business | Beginning and Ending Dates |
|---|---|---|
| 1.  Twin Ventures      72-1549930<br>PO Box 2727   Chandler, AZ  85244 | 1.  Real Estate Investments | |
| 2.  Cutting Edge        35-2323976<br>3457 E. Ellis St.  Mesa, AZ  85213 | 2.  General Contractor | |
| 3. MG Capital Investments 27-0141056<br>3238 W Adobe Dam Rd. Phx AZ 85027 | 3.  Investment | |
| 4.  Max-Gaines, LLC   06-1767081<br>3238 W Adobe Dam Rd. Phx AZ 85027 | 4.  Real Estate Investments | |
| 5.  14969 W. Bottle Tree Ave, LLC<br>PO Box 2727 Chandler, AZ  85213<br>42-1634740 | 5.  Single Property Real Estate Rental | |
| 6.  4226 North 68th Ave, LLC<br>PO Box 2727 Chandler, AZ  85213<br>42-1634738 | 6.  Single Property Real Estate Rental | |
| 7.  4236 North 67th Lane, LLC<br>PO Box 2727 Chandler, AZ  85213<br>75-3142631 | 7.  Single Property Real Estate Rental | |
| 8.  3449 N 72nd Dr LLC    06-1774609<br>PO Box 2727 Chandler, AZ  85213 | 8.  Single Property Real Estate Rental | |

None ☐     b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|
| 1. Max-Gaines, LLC    2.  MG Capital Investments, LLC<br>3. 14969 W. Bottle Tree Ave, LLC   4.  4226 North 68th Ave, LLC<br>5. 4236 North 67th Lane, LLC        6.  3449 N. 72nd Dr. LLC | 1. & 2.  3238 W. Adobe Dam Rd.<br>Phoenix, AZ  85027<br>3, 4, 5, and 6    P. O. Box 2727<br>Chandler, AZ  85213 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, directory, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19.  Books, records and financial statements

None ☐    a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| Ben D. Cockrell, CPA   2301 W. Chilton Street  Chandler AZ  85224 | Accounting/Taxes |

None ☐    b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of this debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| Ben D. Cockrell, CPA   2301 W. Chilton Street  Chandler AZ  85224 | Accounting/Taxes |

None ☐    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

Name and Address

Joseph Max   3457 E Ellis Street  Mesa, AZ  85213
Tamera Max   3457 E Ellis Street  Mesa, AZ  85213
Ben D. Cockrell   2301 W. Chilton Street  Chandler AZ  85224

None ☐    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| Name and Address | Date Issued |
|---|---|
| Max Gaines for loan they are in litigation with | |

**20. Inventories**

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Amount of Inventory (Specify cost, market or other basis) |
| --- | --- | --- |

None ☒  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| Date of Inventory | Name and Address of Custodian of Inventory Records |
| --- | --- |

**21. Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
| --- | --- | --- |
| 1. Joseph Max, co-trustee of the Max Living Trust Agreement dated June 20, 2003 3457 E. Ellis St. Mesa, AZ 85213 | 1. Max-Gaines | 1. 25 |
| 2. Darren Gaines 3238 W. Adobe Dam Rd. Phoenix, AZ 85027 | 2. Max-Gaines | 2. 25 |
| 3. Steve Long 7201 Haven Ave. Ste. E329 Rancho Cucamonga, CA 91701 | 3. Max-Gaines | 3. 25 |
| 4. David T. Bonfiglio 4422 N. Civic Center Plaza Suite 101 Scottsdale, AZ 85251 | 4. Max-Gaines | 4. 25 |
| 5. Joseph Max, co-trustee of the Max Living | 5. MG Capital Investments | 5. 50 |
| | 6. MG Capital Investments | 6. 50 |

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
| --- | --- | --- |
| Twin Ventures Inc. S Corp | | |
| Joseph Max 3457 E. Ellis St. Mesa, AZ 85213 | President | 50ommon Stock |
| Tamera Max 3457 E. Ellis St. Mesa, AZ 85213 | Secretary | 50ommon Stock |

**22. Former partners, officers, directors and shareholders**

None ☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Name and Address                                                                                     Date of Withdrawal

None ☒  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Name and Address                                      Title                                                    Date of Termination

**23.  Withdrawals from a partnership or distributions by a corporation**

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Name and Address of Recipient,                                                                   Amount of Money
Relationship to Debtor                             Date and Purpose of Withdrawal        and Value of Property

**24.  Tax consolidation group**

None ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

Name of Parent Corporation                                                    Taxpayer Identification Number

**25.  Pension funds**

None ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

Name of Pension Fund                                                           Taxpayer Identification Number

[If completed by an individual or individual and spouse.]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| September 21, 2009 | X | /s/ Joseph G Max |
| Date | | Signature of Debtor |

| September 21, 2009 | X | /s/ Tamera J Max |
| Date | | Signature of Joint Debtor |

_____

[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | X | |
| Date | | Signature of Authorized Individual |
| | | , |
| | | Printed Name and Title |

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social-Security No. (Required by 11 U.S.C. § 110.) |

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____
Address

| X | | |
| Signature of Bankruptcy Petition Preparer | | Date |

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*   11 U.S.C. § 110; 18 U.S.C. § 156.

In re   <u>Joseph G & Tamera J Max</u>
              Debtor(s)

Case Number:   <u>2:09-bk-23427</u>
                  (If known)

## CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.<br>b. ☐ Married, not filing jointly. Complete only Column A ("Debtor's Income") for Lines 2-10.<br>c. ☒ Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.<br><br>All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | | |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. | 0 | 6,250.00 |
| 3 | Net income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts<br>b. Ordinary and necessary business expenses<br>c. Business income    Subtract Line b from Line a | 2,300.00 | 0 |
| 4 | Net rental and other real property income. Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts<br>b. Ordinary and necessary operating expenses<br>c. Rent and other real property income    Subtract Line b from Line a | -1,358.00 | 0 |
| 5 | Interests, dividends, and royalties. | 0 | 0 |
| 6 | Pension and retirement income. | 0 | 0 |
| 7 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | 0 | 0 |
| 8 | Unemployment compensation. Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor    Spouse | 0 | 0 |

| | | | |
|---|---|---|---|
| 9 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | 0 | 0 |
| | a. | | |
| | b. | | |
| 10 | Subtotal of current monthly income. Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | 942.00 | 6,250.00 |
| 11 | Total current monthly income. If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | 7,192.00 | |

## Part II: VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. (If this is a joint case, both debtors must sign.) <br><br> Date: September 21, 2009   Signature: /s/ Joseph G Max <br><br> Date: September 21, 2009   Signature: /s/ Tamera J Max |

# UNITED STATES BANKRUPTCY COURT
## District of Arizona, Phoenix Division

In Re: _____Joseph G & Tamera J MAX_____    Case No. _____2:09-bk-23427_____

**Debtor**    (if known)

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (only one option may be selected per form):

☒ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct.

| | |
|---|---|
| _____September 21, 2009_____ | _____/s/  Nasser Abujbarah_____ |
| Date | **Signature of Attorney** |
| | |
| _____/s/  Joseph G Max_____ | _____/s/  Tamera J Max_____ |
| **Signature of Debtor** | **Signature of Joint Debtor** |

AS&A Property Managemen
Hallcraft Villa West 4
3208 N. 53rd Ave.  Suite 140
Phoenix,  AZ  85031

America's Servicing Company
P. O. Box 60768
Los Angeles, CA  90060-0768

Aurora Loan Services
10350 Park Meadows Dr.
Littleton, CO  80124

Aurora Loan Services
10350 Park Meadows Dr.
Littleton, CO  80124

Bank of America
P. O. Box 60456
Los Angeles, CA  90060-0456

Bank of America
P. O. Box 851001
Dallas, TX  75285-1001

Bank of America World Points
P. O> Box 851001
Dallas, TX  75285-1001

Capital One
P. O. Box 60599
City of Industry, CA  91716-0599

Capital One
P. O. Box 60599
City of Industry, CA  91716-0599

Capital One Bank
P. O. Box 60599
City of Industry, CA  91716-0599

Chandler Radiology Associates
P. O.Box 15638
Scottsdale, AZ  85267-5638

Chandler Regional Medical Center
FILE 56233
Los Angeles, CA  90074-56233

Chase Cardmember Services
P. O. Box 94014
Palatine, IL  60094-4014

Chase Cardmember Services
P. O. Box 94014
Palatine, IL  60094-4014

Chase Cardmember Services
P. O. Box 94014
Palatine, IL  60094-4014

Chase Home Finance
P. O. Box 78420
Phoenix, AZ  85062-8420

CitiBusiness Card
P. O. Box 6401
The Lakes, NV  88901-6401

CitiMortgage
P. O. Box 689196
Des Moines, IA  50368-9196

Countrywide
400 Countrywide Way SV-35
Simi Valley, CA  93065

Darren and Candace Gaines
3238 W. Adobe Dam Rd.
Phoenix, AZ  85027-1045


David Bonfiglio
4422 N. Civic Center Plaza   Suite 101
Scottsdale, AZ   85251

David Bonfiglio
4422 N. Civic Center Plaza  Suite 101
Scottsdale, AZ  85251

Desert Schools Credit Union
P. O. Box 2942
Phoenix, AZ  85062-2945

Desert Schools Federal Credit Union
P. O. Box 790408
St. Louis, MO  63179-0408

Desert Schools Federal Credit Union
P. O. Box 790408
St. Louis, MO  63179-0408

FIA Card Services
P. O. Box 851001
Dallas, TX  75285-1001

First Horizon
P. O. Box 809
Memphis, TN  38101-0809

Fox Hollow South Homeowners Assoc.
Community Asset Management
9802 FM 1960 Bypass W.  Suite 210
Humble, TX  77338

Home Depot
P. O. Box 6029
The Lakes, NV  88901-6029

Home Depot Credit Services
P. O. Box 6028
The Lakes, NV  88901-6028

Insight Health Corp
FILE 57174
Los Angeles, CA  90074-0001

JC Penney
P. O. Box 960090
Orlando, FL  32896-0090

Kingswood Parke Community Association
(LoneStar Prop Management)
P. O> Box 9151
Surprise, AZ  85374

Lowe's
P. O. Box 530970
Atlanta, GA  30353-0970

Premier EM Medical
P. O. Box 9328
Oklahoma City OK 73143-6328

Provident Funding
P. O. Box 5914
Santa Rosa,  CA  95402

Provident Funding Associates
P. O. Box 5914
Santa Rosa, CA  95402

Sallie Mae - Student Loan
P. O. Box 9500
Wilkes Barre, PA  18773-9500

Sears Credit Cards
P. O. Box 688957
Des Moines, IA  50368-8957

Sears Credit Cards
P. O. Box 688957
Des Moines, IA  50368-8957

Target National Bank
P. O. Box 59317
Minneapolis, MN  55459-0317

US Bank
P. O. Box 790408
St. Louis, MO  63179-0408

Van Mor Properties Remington Ranch CAI
Buttler Hailey Atty
P. O. Box 4905
Houston, TX  77210-4905

Wells Fargo
P. O. Box 54780
Los Angeles, CA  90054-0780

Wells Fargo
P. O. Box 54780
Los Angeles, CA  90054-0780

Wells Fargo Business Card
P. O. Box 54349
Los Angeles,  CA  90054-0349

Wells Fargo Card Services
P. O. Box 30086
Los Angeles, CA  90030-0086

Wells Fargo Card Services
P. O. Box 30086
Los Angeles, CA  90030-0086

Wells Fargo Financial Cards
P. O. Box 98791
Las Vegas, NV  89193-8791

Wells Fargo Home Mortgage
P. O. Box 30427
Los Angeles CA 90030-0427