In Re: _____Joseph G & Tamera J MAX_____ Case No. _____2:09-bk-23427_____

**Debtor** (if known)

# AMENDED
## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | In Wallet | | 50.00 |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Savings<br>Desert Schools Federal Credit Union | | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | City of Mesa<br>Water deposit  June 15, 2009 | | 170.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furnishings, TV and household goods | | 7,849.00 |

In Re: _____ Joseph G & Tamera J MAX _____   Case No. _____ 2:09-bk-23427 _____

**Debtor**                                                      (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Records, CD, DVD, collectibles | | 472.00 |
| 6. Wearing apparel. | | Clothes | | 914.00 |
| 7. Furs and jewelry. | | Wedding Rings | | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Camera, handgun | | 950.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401 K Fidelity  $22,000.00<br>Roth IRA        $22,000.00 | | 44,000.00 |

In Re: _____ Joseph G & Tamera J MAX _____     Case No. _____ 2:09-bk-23427 _____

                                 **Debtor**                                           (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Intel Stock | | 3,100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Federal Income Tax Refund        $400.00 Arizona State Incom Tax Refund  $211.00 | | 611.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decendent, death benefit plan, life insurance policy, or trust. | X | | | |

In Re: _____ Joseph G & Tamera J MAX _____  Case No. _____ 2:09-bk-23427 _____

**Debtor** (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 GMC Jimmy   2005 Mitsubishi $15,900<br>1967 Plymouth Fury  $300<br>2002 Harley Davidson  $2,000<br>2002 Polaris  $476<br>1992 Ford F150 truck  $!,500 | | 33,476.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories - continued. | | 2004 Polaris Scrambler  None<br>2006 Honda  $500<br>2007 Honda  $1,000<br>2002 Yamaha  $800<br>Homebuilt FB Trailer  No value | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories - continued. | | 2005 Mitsibushi Galant        $10,000<br>1992 Ford F350 Truck        $1,000 | | |
| 28. Office equipment, furnishings, and supplies. | | Fax, computer, printer, network, desks, chairs, file cabinets, office supplies | | 500.00 |

In Re: _____Joseph G & Tamera J MAX_____     Case No. _____2:09-bk-23427_____

                 **Debtor**                                          (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Items not listed | | 5,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Music Instruments | | 485.00 |
| | | | Total | $88,066.00 |

In Re: _____ Joseph G & Tamera J MAX _____ Case No. _____ 2:09-bk-23427 _____

**Debtor**

(if known)

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 4888-9303-4807-8491 <br><br> Bank of America <br> P. O. Box 851001 <br> Dallas, TX 75285-1001 | | | Credit Cards | | | X | 23,104.53 |
| Account Number: 5329-0681-1628-5271 <br><br> Bank of America World Points <br> P. O> Box 851001 <br> Dallas, TX 75285-1001 | | | Credit Cards | | | X | 5,929.02 |
| Account Number: 5466-3073-6810-5172 <br><br> Capital One <br> P. O. Box 60599 <br> City of Industry, CA 91716-0599 | | | Credit Cards | | | X | 10,886.22 |
| Account Number: 4266-8411-6950-2588 <br><br> Chase Cardmember Services <br> P. O. Box 94014 <br> Palatine, IL 60094-4014 | | | Credit Cards | | | X | 21,612.25 |
| | | | | | Subtotal | | $61,532.02 |

__5__ continuation sheets attached

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In Re: Joseph G & Tamera J MAX     Case No.     2:09-bk-23427

**Debtor**        (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5183-3732-5000-5344<br><br>Chase Cardmember Services<br>P. O. Box 94014<br>Palatine, IL 60094-4014 | | | Credit Cards | | | | 17,043.72 |
| Account Number: 4357-8711-8000-8471<br><br>Chase Cardmember Services<br>P. O. Box 94014<br>Palatine, IL 60094-4014 | | | Credit Cards | | | | 13,875.96 |
| Account Number: 4037-6600-0764-1228<br><br>Desert Schools Federal Credit Union<br>P. O. Box 790408<br>St. Louis, MO 63179-0408 | | | Credit Cards | | | | 2,934.86 |
| Account Number: 4037-6600-0757-8495<br><br>Desert Schools Federal Credit Union<br>P. O. Box 790408<br>St. Louis, MO 63179-0408 | | | Credit Cards | | | | 2,775.00 |
| Account Number: 4264-2986-1217-2844<br><br>FIA Card Services<br>P. O. Box 851001<br>Dallas, TX 75285-1001 | | | Credit Cards | | | | 14,816.73 |
| Account Number: 6035-3200-5472-4784<br><br>Home Depot Credit Services<br>P. O. Box 6028<br>The Lakes, NV 88901-6028 | | | Credit Cards | | | | 3,300.00 |
| Account Number: 633-644-099-21<br><br>JC Penney<br>P. O. Box 960090<br>Orlando, FL 32896-0090 | | | Credit Cards | | | | 696.82 |

| | Subtotal | $55,443.09 |
|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. 1 of 5 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Joseph G & Tamera J MAX_____  Case No. _____2:09-bk-23427_____

**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5121-0796-2603-5411 <br><br> Sears Credit Cards <br> P. O. Box 688957 <br> Des Moines, IA 50368-8957 | | | Credit Cards | | | | 7,198.61 |
| Account Number: 5121-0718-5820-8287 <br><br> Sears Credit Cards <br> P. O. Box 688957 <br> Des Moines, IA 50368-8957 | | | Credit Cards | | | | 8,740.66 |
| Account Number: 4352-3700-0021-8027 <br><br> Target National Bank <br> P. O. Box 59317 <br> Minneapolis, MN 55459-0317 | | | Credit Cards | | | | 600.00 |
| Account Number: 4037-8400-1675-9217 <br><br> US Bank <br> P. O. Box 790408 <br> St. Louis, MO 63179-0408 | | | Credit Cards | | | | 8,231.75 |
| Account Number: 4465-4201-9852-7426 <br><br> Wells Fargo Card Services <br> P. O. Box 30086 <br> Los Angeles, CA 90030-0086 | | | Credit Cards | | | | 12,831.12 |
| Account Number: 4147-1803-0032-4957 <br><br> Wells Fargo Card Services <br> P. O. Box 30086 <br> Los Angeles, CA 90030-0086 | | | Credit Cards | | | | 17,555.51 |
| Account Number: 6048-7000-0258-8701 <br><br> Wells Fargo Financial Cards <br> P. O. Box 98791 <br> Las Vegas, NV 89193-8791 | | | Justin Dolan - I am cosigner on card | | | | 267.47 |
| | | | | | Subtotal | | $55,425.12 |
| | | | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical <br> Summary of Certain Liabilities and Related Data.) | | | | |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Joseph G & Tamera J MAX    Case No.    2:09-bk-23427

**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 1335984<br><br>Insight Health Corp<br>FILE 57174<br>Los Angeles, CA 90074-0001 | | | October 28, 2008<br><br>Medical Expense | | | | 185.36 |
| Account Number: 0005783817<br><br>Premier EM Medical<br>P. O. Box 9328<br>Oklahoma City OK 73143-6328 | | | October 9, 2008<br><br>Medical Expense | | | | 584.00 |
| Account Number: 02470711<br><br>Chandler Radiology Associates<br>P. O.Box 15638<br>Scottsdale, AZ 85267-5638 | | | October 9, 2008<br><br>Medical Expense | | | X | 32.24 |
| Account Number: K18264727<br><br>Chandler Regional Medical Center<br>FILE 56233<br>Los Angeles, CA 90074-56233 | | | October 9, 2008<br><br>Medical Expense | | | | 295.78 |
| Account Number: None<br><br>David Bonfiglio<br>4422 N. Civic Center Plaza Suite 101<br>Scottsdale, AZ 85251 | | | June 2008 to September 2008<br>Personal Promissary Note: Jomax Land | | | | 50,123.88 |
| Account Number: None<br><br>Darren and Candace Gaines<br>3238 W. Adobe Dam Rd.<br>Phoenix, AZ 85027-1045 | | | August 2008 to current<br><br>Personal Loan/ Debt: Jomax Land | | | | 10,296.67 |
| Account Number: 16121<br><br>Kingswood Parke Community Association<br>(LoneStar Prop Management)<br>P. O> Box 9151<br>Surprise, AZ 85374 | | | January 1, 2008 to Present<br><br>HOA Dues for rental at<br>14969 W. Bottle Tree Ave.<br>Surprise, AZ 85374 | | | | 916.00 |

Subtotal | $62,433.93

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Sheet no. _3_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Joseph G & Tamera J MAX_____     Case No. _____2:09-bk-23427_____

**Debtor**                                                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: HVW-4 423<br><br>AS&A Property Managemen<br>Hallcraft Villa West 4<br>3208 N. 53rd Ave. Suite 140<br>Phoenix, AZ 85031 | | | July 1, 2008 to present<br><br>HOA Dues for rental at<br>4236 N. 67th Lane<br>Phoenix, AZ 85033 | | | | 2,184.00 |
| Account Number: F0103004<br><br>Fox Hollow South Homeowners Assoc.<br>Community Asset Management<br>9802 FM 1960 Bypass W. Suite 210<br>Humble, TX 77338 | | | June 2006<br><br>HOA Dues for rental at<br>22814 Sugar Bear Dr.<br>Spring, TX 77389 | | | | 898.77 |
| Account Number: 69-0804010<br><br>Van Mor Properties Remington Ranch CAI<br>Buttler Hailey Atty<br>P. O. Box 4905<br>Houston, TX 77210-4905 | | | 2008/2009<br><br>HOA Dues for rental at<br>939 Verde Trails Dr.<br>Houston, TX 77073 | | | | 880.96 |
| Account Number: None<br><br>David Bonfiglio<br>4422 N. Civic Center Plaza Suite 101<br>Scottsdale, AZ 85251 | | | May 2009<br><br>Max Gaines Services for litigation<br>(debt shared by all members) | | | | 1,810.00 |
| Account Number: 0417020125<br><br>Provident Funding<br>P. O. Box 5914<br>Santa Rosa, CA 95402 | | | 2008 and 2009<br><br>Late Fees incurred for mortgage at<br>22733 Eagle Mine Rd.<br>Crown King, AZ 86343 | | | | 1,240.62 |
| Account Number: 5082-2900-5625-0027<br><br>CitiBusiness Card<br>P. O. Box 6401<br>The Lakes, NV 88901-6401 | | | Various dates<br><br>Credit Cards for Twin Ventures | | | | 8,218.62 |
| Account Number: 4791-2423-0355-1751<br><br>Capital One Bank<br>P. O. Box 60599<br>City of Industry, CA 91716-0599 | | | Various dates<br><br>Credit Cards for Twin Ventures | | | | 7,436.34 |

|  | Subtotal | $22,669.31 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

In Re: <u>Joseph G & Tamera J MAX</u>     Case No. <u>2:09-bk-23427</u>

**Debtor**                                          (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 6035-3221-3759-1024<br><br>Home Depot<br>P. O. Box 6029<br>The Lakes, NV 88901-6029 | | | Various Dates<br><br>Cutting Edge | | | | 5,787.06 |
| Account Number: 821-3103-900875-5<br><br>Lowe's<br>P. O. Box 530970<br>Atlanta, GA 30353-0970 | | | Various Dates<br><br>Cutting Edge | | | | 1,552.56 |
| Account Number: 4856-2002-2383-1457<br><br>Wells Fargo Business Card<br>P. O. Box 54349<br>Los Angeles, CA 90054-0349 | | | Various Dates<br><br>Cutting Edge | | | | 3,599.27 |
| Account Number: 4082-1388-6063-9202<br><br>Capital One<br>P. O. Box 60599<br>City of Industry, CA 91716-0599 | | | Various Dates<br><br>Cutting Edge | | | | 3,132.82 |
| Account Number: 968104<br><br>Sallie Mae - Student Loan<br>P. O. Box 9500<br>Wilkes Barre, PA 18773-9500 | | | May 9, 2003<br><br>Student Loan | | | | 22,507.79 |
| Account Number:<br><br>KMA II, LLC<br>101 N 1st Ave, #2700<br>Phoenix AZ 85003 | | | Judgment Creditor | | | | Unknown |
| Account Number:<br><br>Active Finance Group LLC<br>111 W Monroe St, Suite 704<br>Phoenix AZ 85003 | | | Jundgment Creditor | | | | Unknown |

| | Subtotal | $36,579.50 |
|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $294,082.97 |

Sheet no. <u>5</u> of <u>5</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____Joseph G & Tamera J MAX_____  Case No. _____2:09-bk-23427_____

**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: | | | | | | | |
| Galuileo Capital Partners LLC 10751 N Frank Lloyd Wright Blve #201 Scottsdale AZ 85259 | | | Judgment Creditor | | | | Unknown |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| | | | | | Subtotal | | $0.00 |
| | | | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $294,082.97 |

Sheet no. __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

B7(Official Form 7)(12/07)

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## District of Arizona, Phoenix Division

| In Re: | Joseph G & Tamera J MAX | Case No. | 2:09-bk-23427 |
|---|---|---|---|
| | **Debtor** | | (if known) |

## AMENDED
## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfer and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None", mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

None ☐ **1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calender year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| $-43,901 | 2007 Debtor's business loss |
| $-98,853 | 2008 Debtor's business loss |
| $23,055 | 2007 Spouse's income |
| $16,000 | 2008 Spouse's income |
| $54,811 | 2009 year to date Spouse's income |

**2. Income other than from employment or operation of business**

None  ☒  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|--------|--------|

**3. Payments to creditors**

None  ☐  a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, [except for a debt on account of a domestic support obligation,] made within 90 days immediately preceding the commencement of this case. Indcate with an * any payments that were made to the creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Nane and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Bank of America  Box 15710 Wilmington, DE  19886-5710 Acct.# 4192-0000-0492-6853 | 06/09 and 05/09 | 3,200.00 | 0.00  Paid in full |
| Provident Funding | | 1,892.00 | |

None  ☒  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counselig agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Creditor | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|

None ☒   c. All debtors: List all payment made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
| --- | --- | --- | --- |
| Max Gaines LLC vs. KCS Financial Inc. TBD | Complaint | Superior Court of Arizona | Attempting to serve |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|
| Active Finance Group LLC aka KMA and KMA II, 111 W Monroe Streeet. Ste 704 Phoenix AZ | 10/08 | Dateland 1/2 int $35,000 |
| Galiileo Capital Partners LLC & Galileo Capital Partners Ltd, 10751 N Frank Lloyd Wright Blvd, Ste 201 Scottsdle AZ 85259 | 1/30/09 | Grand Ave & Jomax - value to be determined |

**6. Assignments and receiverships**

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|

### 7. Gifts

None ☐ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| Mountain View Band | AZ  ECA Donation | | 400.00 per year |

### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, if Loss was Covered in Whole or in Part by Insurance, Give Particulars. | Date of Loss |
|---|---|---|
| 2003 Chevy Truck  $23,000.00 | Stolen  $20,000.00 | June 30, 2009 |
| Company Tool Equipment   $12,000.00 | Stolen  $ 7,000.00 | July 1, 2009 |
| Personal  $7,500.00 | Personal Pending | |
| Damage to Property $4,500.00 at 22814 Sugar Bear Dr. Spring, TX  77389 | Vandalism by tenant. Travelers Insurance did not pay | August 8, 2008 |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Nasser U Abujbarah, Attorney 10654 N 32nd Street Phoenix AZ 85028 | August 16,2009 | $5,000.00  Legal fees $50.00  Credit Counseling |

**10. Other transfers**

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
| --- | --- | --- |

None ☐    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
| --- | --- | --- |
| Max Living Trust Agreement dated June 20, 2003 | January 9, 2007 | Ellis Residential Property |

**11. Closed financial accounts**

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
| --- | --- | --- | --- |

**13. Setoffs**

None ☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |
| Wells Fargo Bank | July 8, 2009 | 719.92 |
| Wells Fargo Bank | July 21, 2009 | 338.47 |
| Institution withdrew late 2nd mortgage payments from deposit account | | |

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |
| Jenna Max | Deposit Account  $115 | Wells Fargo Bank |
| Ryan Max | Deposit Account  $400 | Wells Fargo Bank |
| Christina DeWitte | Deposit Account  $1,000 | Desert Schools Federal Credit Union |

**15. Prior address of debtor**

None ☒    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is
filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---------|-----------|--------------------|

**16. Spouses and former spouses**

None ☐    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

Name

Tamera Max - Spouse

## 17.  Environmental information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |

None ☒  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |

None ☒  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
| --- | --- | --- |

### 18. Nature, location and name of business

None ☐   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity either full- or part-time within the six-years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this csae.

| Name, Address, Last Four Digits of Soc. Sec. No. Complete EIN or Other Taxpayer I.D. No. | Nature of Business | Beginning and Ending Dates |
|---|---|---|
| 1. Twin Ventures    72-1549930 PO Box 2727  Chandler, AZ  85244 | 1. Real Estate Investments | |
| 2. Cutting Edge      35-2323976 3457 E. Ellis St.  Mesa, AZ  85213 | 2. General Contractor | |
| 3. MG Capital Investments 27-0141056 3238 W Adobe Dam Rd. Phx AZ 85027 | 3. Investment | |
| 4. Max-Gaines, LLC  06-1767081 3238 W Adobe Dam Rd. Phx AZ 85027 | 4. Real Estate Investments | |
| 5. 14969 W. Bottle Tree Ave, LLC PO Box 2727 Chandler, AZ  85213 42-1634740 | 5. Single Property Real Estate Rental | |
| 6. 4226 North 68th Ave, LLC PO Box 2727 Chandler, AZ  85213 42-1634738 | 6. Single Property Real Estate Rental | |
| 7. 4236 North 67th Lane, LLC PO Box 2727 Chandler, AZ  85213 75-3142631 | 7. Single Property Real Estate Rental | |
| 8. 3449 N 72nd Dr LLC   06-1774609 PO Box 2727 Chandler, AZ  85213 | 8. Single Property Real Estate Rental | |

None ☐   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|
| 1. Max-Gaines, LLC   2. MG Capital Investments, LLC 3. 14969 W. Bottle Tree Ave, LLC   4. 4226 North 68th Ave, LLC 5. 4236 North 67th Lane, LLC        6. 3449 N. 72nd Dr. LLC | 1. & 2.  3238 W. Adobe Dam Rd. Phoenix, AZ  85027 3, 4, 5, and 6    P. O. Box 2727 Chandler, AZ  85213 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, directory, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19.  Books, records and financial statements

None  ☐    a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

Name and Address                                                                                   Dates Services Rendered

Ben D. Cockrell, CPA    2301 W. Chilton Street  Chandler AZ  85224                Accounting/Taxes

None  ☐    b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of this debtor.

Name and Address                                                                                   Dates Services Rendered

Ben D. Cockrell, CPA    2301 W. Chilton Street  Chandler AZ  85224                Accounting/Taxes

None  ☐    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

Name and Address

Joseph Max   3457 E Ellis Street  Mesa, AZ  85213
Tamera Max   3457 E Ellis Street  Mesa, AZ  85213
Ben D. Cockrell   2301 W. Chilton Street  Chandler AZ  85224

None  ☐    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Name and Address                                                                                   Date Issued

Max Gaines for loan they are in litigation with

**20. Inventories**

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Amount of Inventory (Specify cost, market or other basis) |
|---|---|---|

None ☒    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| Date of Inventory | Name and Address of Custodian of Inventory Records |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|
| 1. Joseph Max, co-trustee of the Max Living Trust Agreement dated June 20, 2003 3457 E. Ellis St. Mesa, AZ 85213 | 1. Max-Gaines | 1. 25 |
| 2. Darren Gaines 3238 W. Adobe Dam Rd. Phoenix, AZ 85027 | 2. Max-Gaines | 2. 25 |
| 3. Steve Long 7201 Haven Ave. Ste. E329 Rancho Cucamonga, CA 91701 | 3. Max-Gaines | 3. 25 |
| 4. David T. Bonfiglio 4422 N. Civic Center Plaza Suite 101 Scottsdale, AZ 85251 | 4. Max-Gaines | 4. 25 |
| 5. Joseph Max, co-trustee of the Max Living | 5. MG Capital Investments | 5. 50 |
| | 6. MG Capital Investments | 6. 50 |

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Twin Ventures Inc. S Corp | | |
| Joseph Max 3457 E. Ellis St. Mesa, AZ 85213 | President | 50ommon Stock |
| Tamera Max 3457 E. Ellis St. Mesa, AZ 85213 | Secretary | 50ommon Stock |

**22. Former partners, officers, directors and shareholders**

None  ☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Name and Address                                                                   Date of Withdrawal

None  ☒  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Name and Address                                    Title                                    Date of Termination

**23. Withdrawals from a partnership or distributions by a corporation**

None  ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| Name and Address of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of Money and Value of Property |
| --- | --- | --- |

**24. Tax consolidation group**

None  ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

Name of Parent Corporation                                                   Taxpayer Identification Number

**25. Pension funds**

None  ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

Name of Pension Fund                                                   Taxpayer Identification Number