# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | JOSEPH G & TAMERA J MAX | | |
| Case Number: | 2:09-bk-23427-RJH | Chapter: | 11 |
| Date / Time / Room: | THURSDAY, NOVEMBER 12, 2009 11:50 AM  6TH FLOOR #603 | | |
| Bankruptcy Judge: | RANDOLPH J. HAINES | | |
| Courtroom Clerk: | JANET SMITH | | |
| Reporter / ECR: | SHERI FLETCHER | | |

## Matter:

CHAPTER 11 STATUS CONFERENCE

R / M #:  15 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR JOSEPH G MAX, TAMERA J MAX

## Proceedings:

Mr. Abujbarah reviewed the background of the debtors. He informed the rent on the properties are going into separate accounts.

COURT:  THE COURT WILL NOT SET ANY FURTHER HEARINGS EXCEPT ON REQUEST OF A PARTY.