# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Plaintiff

09-31310

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Joseph G. Max and Tamera J. Max<br>      Debtors.<br>_____<br>Provident Funding<br><br>      Movant,<br>  vs.<br><br>Joseph G. Max and Tamera J. Max, Debtors, U.S. Trustee.<br><br>      Respondents. | No. 2:09-bk-23427-RJH<br><br>Chapter 11<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE: Real Property Located at<br>5 N. Grey Eagle Road<br>aka 22733 Eagle Mine Road<br>Crown King, AZ 86343 |

     NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

     FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

Provident Funding
c/o Mark S. Bosco, Esq.
2525 East Camelback Road
Suite 300
Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was not sent seeking to resolve the issues necessitating the motion, as the Debtor has indicated that they are surrendering their interest in the property or the property is not the Debtor's main residence.

DATED this 17th day of December, 2009.

                                                          TIFFANY & BOSCO, P.A.

                                                          By  /s/ MSB # 010167
                                                               Mark S. Bosco
                                                               Leonard J. McDonald
                                                               Attorneys for Movant

Copy of the foregoing was
mailed this 17th day of December, 2009.

Joseph G. Max and Tamera J. Max
3457 E. Ellis Street
Mesa, AZ  85213
Debtors

The Law Offices of Nasser U. Anujbarah
10654 N. 32nd St.
Phoenix, AZ 85028
Attorney for Debtors

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ  85003
Trustee

David Bonfiglio
4422 N. Civic Center Plaza
Suite 101
Scottsdale, AZ 85251

Bank of America
P. O. Box 851001
Dallas, TX 75285-1001

Sallie Mae - Student Loan
P. O. Box 9500
Wilkes Barre, PA 18773-9500

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

Wells Fargo Card Services
P. O. Box 30086
Los Angeles, CA 90030-0086

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

FIA Card Services
P. O. Box 851001
Dallas, TX 75285-1001

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

Wells Fargo Card Services
P. O. Box 30086
Los Angeles, CA 90030-0086

Capital One
P. O. Box 60599
City of Industry, CA
91716-0599

Darren and Candace Gaines
3238 W. Adobe Dam Rd.
Phoenix, AZ 85027-1045

Sears Credit Cards
P. O. Box 688957
Des Moines, IA 50368-8957

US Bank
P. O. Box 790408
St. Louis, MO 63179-0408

CitiBusiness Card
P. O. Box 6401
The Lakes, NV 88901-6401

Capital One Bank
P. O. Box 60599
City of Industry, CA 91716-0599

Sears Credit Cards
P. O. Box 688957
Des Moines, IA 50368-8957

Bank of America World Points
P. O. Box 851001
Dallas, TX 75285-1001

Home Depot
P. O. Box 6029
The Lakes, NV 88901-6029

Wells Fargo Business Card
P. O. Box 54349
Los Angeles, CA 90054-0349

Home Depot Credit Services
P. O. Box 6028
The Lakes, NV 88901-6028

By:  Ismael G. Solano