**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

09-31310/0417020125

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joseph G. Max and Tamera J. Max<br>    Debtors.<br><br>Provident Funding<br><br>    Movant,<br>vs.<br><br>Joseph G. Max and Tamera J. Max, Debtors; U.S. Trustee, Trustee.<br><br>    Respondents. | No. 2:09-bk-23427-RJH<br><br>Chapter 11<br><br>NOTICE OF PRELIMINARYHEARING<br><br>Related to Docket #48<br><br>February 10, 2010 at 10:00 a.m. |

NOTICE IS HEREBY GIVEN that a Preliminary Hearing, with respect to the Motion to Lift the Automatic Stay filed by Provident Funding, Movant, has been set for February 10, 2010 at 10:00 a.m. to be held at the U.S. Bankruptcy Court located at 230 North First Avenue Phoenix, AZ Courtroom #603.

Dated this 20th day of January, 2010.

By /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

COPY of the foregoing mailed
This 21st day of January, 2010 to:

Joseph G. Max and Tamera J. Max
3457 E. Ellis Street
Mesa, AZ 85213
Debtor

The Law Offices of Nasser U. Anujbarah
10654 N. 32nd St.
Phoenix, AZ 85028
Attorney for Debtors

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee

David Bonfiglio
4422 N. Civic Center Plaza
Suite 101
Scottsdale, AZ 85251

Bank of America
P. O. Box 851001
Dallas, TX 75285-1001

Sallie Mae - Student Loan
P. O. Box 9500
Wilkes Barre, PA 18773-9500

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

Wells Fargo Card Services
P. O. Box 30086
Los Angeles, CA 90030-0086

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

FIA Card Services
P. O. Box 851001
Dallas, TX 75285-1001

| | |
|---|---|
| 1 | Chase Cardmember Services |
| | P. O. Box 94014 |
| 2 | Palatine, IL 60094-4014 |
| 3 | Wells Fargo Card Services |
| | P. O. Box 30086 |
| 4 | Los Angeles, CA 90030-0086 |
| 5 | Capital One |
| | P. O. Box 60599 |
| 6 | City of Industry, CA |
| 7 | 91716-0599 |
| 8 | Darren and Candace Gaines |
| | 3238 W. Adobe Dam Rd. |
| 9 | Phoenix, AZ 85027-1045 |
| 10 | Sears Credit Cards |
| | P. O. Box 688957 |
| 11 | Des Moines, IA 50368-8957 |
| 12 | US Bank |
| 13 | P. O. Box 790408 |
| | St. Louis, MO 63179-0408 |
| 14 | |
| 15 | CitiBusiness Card |
| | P. O. Box 6401 |
| 16 | The Lakes, NV 88901-6401 |
| 17 | Capital One Bank |
| | P. O. Box 60599 |
| 18 | City of Industry, CA 91716-0599 |
| 19 | Sears Credit Cards |
| 20 | P. O. Box 688957 |
| | Des Moines, IA 50368-8957 |
| 21 | |
| | Bank of America World Points |
| 22 | P. O. Box 851001 |
| | Dallas, TX 75285-1001 |
| 23 | |
| 24 | Home Depot |
| | P. O. Box 6029 |
| 25 | The Lakes, NV 88901-6029 |
| 26 | |

| | |
|---|---|
| 1 | Wells Fargo Business Card |
|   | P. O. Box 54349 |
| 2 | Los Angeles, CA 90054-0349 |
| 3 | Home Depot Credit Services |
|   | P. O. Box 6028 |
| 4 | The Lakes, NV 88901-6028 |

By:  <u>Sheri L. Wray</u>