# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JOSEPH G & TAMERA J MAX | | |
| **Case Number:** | 2:09-bk-23427-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 10, 2010 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PROVIDENT FUNDING

**R / M #:**   48 / 0

**VACATED:  Hearing Cont to 3/22/10 @ 10am**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Hearing Cont to 3/22/10 @ 10am