# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24872

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Joseph G. Max and Tamera J. Max<br>    Debtors.<br>_____<br>Chase Home Finance LLC<br><br>    Movant,<br>  vs.<br><br>Joseph G. Max and Tamera J. Max, Debtors; Office of the US Trustee, Trustee.<br><br>    Respondents. | No. 2:09-bk-23427-RJH<br><br>Chapter 11<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE: Real Property Located at<br>14969 W. Bottletree Aven.<br>Surprise, AZ 85374 |

    NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

> Chase Home Finance LLC
> c/o Mark S. Bosco, Esq.
> 2525 East Camelback Road
> Phoenix, Arizona 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 18th day of March, 2010.

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

Copy of the foregoing was
mailed March 18, 2010.

Joseph G. Max and Tamera J. Max
3457 E. Ellis Street
Mesa, AZ  85213
Debtors

Nasser U. Abujbarah
7025 E. McDowell Rd.
Suite 9
Scottsdale, AZ 85257
Attorney for Debtors

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

David Bonfiglio
4422 N. Civic Center Plaza
Suite 101
Scottsdale, AZ 85251

Bank of America
P. O. Box 851001
Dallas, TX 75285-1001

Sallie Mae - Student Loan
P. O. Box 9500
Wilkes Barre, PA 18773-9500

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

Wells Fargo Card Services
P. O. Box 30086
Los Angeles, CA 90030-0086

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

FIA Card Services
P. O. Box 851001
Dallas, TX 75285-1001

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

Wells Fargo Card Services
P. O. Box 30086
Los Angeles, CA 90030-0086

Capital One
P. O. Box 60599
City of Industry, CA 91716-0599

Darren and Candace Gaines
3238 W. Adobe Dam Rd.
Phoenix, AZ 85027-1045

Sears Credit Cards
P. O. Box 688957
Des Moines, IA 50368-8957

US Bank
P. O. Box 790408
St. Louis, MO 63179-0408

CitiBusiness Card
P. O. Box 6401
The Lakes, NV 88901-6401

Capital One Bank
P. O. Box 60599
City of Industry, CA
91716-0599

Sears Credit Cards
P. O. Box 688957
Des Moines, IA 50368-8957

Bank of America World Points
P. O. Box 851001
Dallas, TX 75285-1001

Home Depot
P. O. Box 6029
The Lakes, NV 88901-6029

Wells Fargo Business Card
P. O. Box 54349
Los Angeles, CA 90054-0349

Home Depot Credit Services
P. O. Box 6028
The Lakes, NV 88901-6028


By:  Ismael G. Solano