# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JOSEPH G & TAMERA J MAX | | |
| **Case Number:** | 2:09-bk-23427-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MARCH 22, 2010 10:00 AM 6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PROVIDENT FUNDING

**R / M #:** 48 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald reviewed the arrearages and urged the Court to grant stay relief.

COURT: IT IS ORDERED GRANTING STAY RELIEF. MR. MCDONALD MAY UPLOAD A FORM OF ORDER.

Subsequently Mr. Abujbarah appeared and was advised stay relief was granted but the Court will not waive the automatic 14 day stay.