**Nasser U. Abujbarah (026182)**
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd., Ste 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: nasser@nualegal.com

***Attorney for Debtors***

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re:<br><br>Joseph G. Max and Tamera J. Max,<br><br>Debtor. | Case No. 2:09-bk-23427-RJH<br><br>**DEBTORS' OBJECTION TO NOTICE OF LODGING ORDER** |
|---|---|

Debtors, Joseph G. Max and Tamera J. Max, by and through undersigned counsel, hereby object to Provident Funding's Notice of Lodging Order filed on the 24th day of March 2010 as docket # 64. The following factors are in support of this objection:

1. Provident Funding, by and through its counsel, filed a Motion for Relief from the Automatic Stay regarding the Debtors' real property located at 22733 Eagle Mine Road, Crown King, Arizona. Said motion was filed on the 17th day of December 2009 as docket # 48.

2. Debtors, by and through undersigned counsel, filed a timely response to Provident Funding's Motion for Relief from the Automatic Stay. Said response was filed on the 31st day of December 2009 as docket # 52.

3.   A hearing was set for the 10th day of February 2010 to hear this matter, however, it was continued to the 22nd day of March 2010.  Provident Funding failed to notice the Debtors and Debtors' counsel by sending the notice of hearing to an incorrect mailing address.

4.   Furthermore, Debtors, by and through undersigned counsel, commenced an adversary proceeding against Provident Funding regarding Debtors' real property located at 22733 Eagle Mine Road, Crown King, Arizona in order to determine the validity and value of Provident Funding's claim.  Said adversary proceeding was filed on the 23rd day of March 2010 and was assigned a case number of 2:10-ap-00461.

RESPECTFULLY SUBMITTED this 24th day of March 2010.

**The Law Offices of Nasser Abujbarah**

By /s/ Nasser U. Abujbarah

Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd., Ste 9, Scottsdale, Arizona 85257

Filed this 24th day of March 2010 with:

The United States Bankruptcy Court, District of Arizona

COPY of the foregoing Mailed this 24th day of March 2010 to:

The United States Trustee
230 North 1st Avenue
Phoenix, Arizona

Mark S. Bosco
Tiffany & Bosco
2525 E. Camelback Road, 3rd Floor
Phoenix, Arizona 85016

Joseph & Tamera Max
22733 Eagle Mine Road
Crown King, Arizona 86343

By Fernando M. Figueroa