Nasser U. Abujbarah (026182)
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: Nasser@nualegal.com
*Attorney for Debtors*

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: June 24, 2010



_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Joseph G. Max and Tamera J. Max,

    Debtors.

) In Proceedings Under
) Chapter 11
)
) Case No.: 2:09-bk-23427-RJH
)
) **ORDER APPROVING DISCLOSURE STATEMENT AND SETTING HEARING ON PLAN CONFIRMATION**
)
) August 2, 2010 @ 10:00 AM
) 230 North First Avenue CR 603
) Phoenix, Arizona 85003

To the Debtors, Joseph & Tamera Max, their creditors, and other interested parties in interest:

    A Disclosure Statement and Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtors.

**IT IS ORDERED** that the Debtors' Disclosure Statement has been approved by the Court; and

**IT IS ORDERED** and notice is hereby given that:

1. A hearing on the confirmation of Debtors' plan of reorganization shall be held on August 2, 2010 @ 10:00 AM at 230 N. 1st Ave, CR 603, Phoenix, Arizona 85003.

2. Filing and servicing of written objections to the Disclosure Statement shall be complete and filed with this Court no later than 5:00 PM on July 28, 2010;

3. All Ballots must be submitted no later than 5:00pm on July 28, 2010;

4. A Report of Ballots must be submitted with the Court by July 30, 2010; and

5. Requests for copies of the Disclosure Statement and Plan shall be mailed to:

    The Law Offices of Nasser U. Abujbarah
    7025 E. McDowell Road, Ste. 9
    Scottsdale, Arizona 85257

Signed and Dated Above