# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JOSEPH G & TAMERA J MAX |
| **Case Number:** | 2:09-bk-23427-RJH   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 11, 2010 02:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matters:

1) EVIDENTIARY HEARING ON CONFIRMATION OF PLAN
   **R / M #:**   78 / 0

2) DEBTOR'S MOTION TO VACATE THE ORDER GRANTING PROVIDENT FUNDING STAY RELIEF
   **R / M #:**   0 / 0

3) **ADV: 2-10-00461**
   **JOSEPH G MAX vs PROVIDENT FUNDING ASSOCIATES, L.P., its**
   STATUS HEARING ON COMPLAINT TO DETERMINE VALIDITY, PRIORITY & EXTENT OF LIEN
   **R / M #:**   1 / 0

### Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR JOSEPH G MAX, TAMERA J MAX
LEONARD MCDONALD, ATTORNEY FOR PROVIDENT FUNDING & WELLS FARGO

### Proceedings:

DEBTOR'S EXHIBITS 1 and 2 were marked for identification.  (EXHIBITS WILL REMAIN IN THE COURTROOM FOR CONTINUED HEARING)

Parties agreed the dispute involves the value of two properties.

Mr. McDonald agreed to move the pending sale to a date after the continued hearing.

COURT:  IT IS ORDERED CONTINUING ALL MATTERS TO AUGUST 31, 2010 AT 3:00 PM.  PARTIES ARE DIRECTED TO FILE AN AMENDED JOINT PRE-TRIAL STATEMENT BY FRIDAY, AUGUST 27, 2010.