# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JOSEPH G & TAMERA J MAX | | |
| **Case Number:** | 2:09-bk-23427-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 31, 2010 03:00 PM 6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## Matters:

1) EVIDENTIARY HEARING ON CONFIRMATION OF PLAN
   **R / M #:** 78 / 0

2) DEBTOR'S MOTION TO VACATE THE ORDER GRANTING PROVIDENT FUNDING STAY RELIEF
   **R / M #:** 0 / 0

3) **ADV: 2-10-00461**
   **JOSEPH G MAX vs PROVIDENT FUNDING ASSOCIATES, L.P., its**
   STATUS HEARING ON COMPLAINT TO DETERMINE VALIDITY, PRIORITY & EXTENT OF LIEN
   **R / M #:** 1 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR JOSEPH G MAX, TAMERA J MAX
LEONARD MCDONALD, ATTORNEY FOR PROVIDENT FUNDING ASSOCIATES, L.P., ITS

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:09-bk-23427-RJH            TUESDAY, AUGUST 31, 2010 03:00 PM

## *Proceedings:*

PROVIDENT FUNDING'S EXHIBIT A was marked for identification and admitted.

DEBTOR'S EXHIBIT 3 was marked for identification and admitted.

DEBTOR'S EXHIBIT 1 was admitted in evidence.


Mr. Abujbarah reviewed the agreement reached regarding the 2626 Dayton Street property with Wells Fargo.

Mr. McDonald reviewed the agreement reached regarding the Bottletree Avenue property with Chase.
Mr. McDonald reviewed the agreement reached regarding 3449 N. 72nd Drive property with Wells Fargo.

Mr. Abujbarah informed the remaining issue is on the Crown King property and deals with the value.


Mr. Abujbarah put his opening statement on the record.

Mr. McDonald put his opening statement on the record.


Parties put their closing arguments on the record.


COURT:  IT IS ORDERED ADOPTING THE DEBTOR'S VALUE OF THE PROPERTY AT $166,816.00.  IT IS ORDERED CONFIRMING THE PLAN.
MR. ABUJBARAH  MAY UPLOAD A FORM OF ORDER.


EXHIBITS FILED IN EXHIBIT ROOM