**Nasser U. Abujbarah (026182)**
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: Nasser@nualegal.com
*Attorney for Debtors*

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: September 02, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

JOSEPH AND TAMERA MAX,

    Debtors.

) In Proceedings Under
)
) Chapter 11
)
) Case No.: 2:09-bk-23427-RJH
)
) **ORDER CONFIRMING CHAPTER 11 PLAN**

    The Third Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by Debtors JOSEPH AND TAMERA MAX dated June 25, 2010, having been transmitted to creditors and equity security holders;

    The Debtors' Plan of Reorganization shall be amended as follows to resolve any outstanding objections as follows:

    With respect to **Class 2-E**, secured creditor Bank of America shall be paid under the contractual terms of the agreement. 3457 East Ellis

    With respect to **Class 2-F**, creditor Bank of America shall be paid as an unsecured debt a pro-rata share of the unsecured debt pool of $30,043.50 over 60 months.

    With respect to **Class 2-G**, secured creditor Provident Financial shall receive $166,816 fully amortized over 30 years at 5.25%. 22733 Eagle Mine Road.

    With respect to **Class 2-H**, secured creditor American Servicing Company shall receive $93,975 fully amortized over 30 years at 5.25%. 2626 North Dayton.

    With respect to **Class 2-I**, creditor CitiBank shall be paid as an unsecured debt a pro-rata

share of the unsecured debt pool of $30,043.50 over 60 months.

With respect to **Class 2-J**, secured creditor Chase shall receive $86,000 fully amortized over 30 years at 5.5%. 14969 West Bottle Tree.

With respect to **Class 2-K**, creditor Wells Fargo shall be paid as an unsecured debt a pro-rata share of the unsecured debt pool of $30,043.50 over 60 months.

With respect to **Class 2-L**, creditor First Horizon shall receive $17,000 fully amortized over 30 years at 5.25%. 4236 North 67th Avenue.

With respect to **Class 2-M**, creditor Wells Fargo shall receive $37,970 fully amortized over 30 years at 5.25%. 3449 North 72nd Drive.

With respect to **Class 2-N**, creditor Wells Fargo shall be paid as an unsecured debt a pro-rata share of the unsecured debt pool of $30,043.50 over 60 months.

With respect to **Class 2-O**, creditor Aurora shall receive $60,000. This obligation will be re-amortized paid in interest only payments at 4% for three years, and thereafter paid in equal monthly payments of principal and interest, with interest at the rate of 5.25%. 939 Verde Trails

With respect to **Class 2-P**, creditor Aurora shall receive $80,000. This obligation will be re-amortized paid in interest only payments at 4% for three years, and thereafter paid in equal monthly payments of principal and interest, with interest at the rate of 5.25%. 22814 Sugar Bear Drive.

With respect to **Class 2-Q**, creditor Desert Schools Federal Credit Union shall receive $6910 fully amortized over three years at 5%. Mitsubishi Galant.

CREDITOR HALLCRAFT VILLAS WEST FOUR, INC. shall receive their entire proof of claim, $4897.75, paid in equal installments over 60 months with regular due payments commencing immediately.

With respect to **Class 3,** unsecured creditors will receive a pro-rata share of **$30,043.50.**

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 USC § 1129(a) have been satisfied;

**IT IS ORDERED** that:

The Plan filed by Debtors Joseph and Tamera Max on June 25, 2010 and modified herein is confirmed.

SIGNED AND DATED ABOVE